**LATHROP GPM LLP**
Ronald A. Valenzuela (State Bar No. 210025)
ronald.valenzuela@lathropgpm.com
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067
Tel: (310) 789-4600 Fax: (310) 789-4601

Richard P. Beem (*pro hac vice* forthcoming)
richard.beem@lathropgpm.com
Alex Shtraym (*pro hac vice* forthcoming)
alex.shtraym@lathropgpm.com
155 North Wacker Drive, Suite 3000
Chicago, IL 60606
Tel : (312) 920-3300 Fax : (312) 920-3301

Attorneys for Plaintiffs RODE Microphones, LLC
and Freedman Electronics PTY Ltd.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| RODE MICROPHONES, LLC; and FREEDMAN ELECTRONICS PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FEAM GMBH, <br><br> Defendant. | Case No. _____ <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1; CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs RODE Microphones, LLC ("RØDE") and Freedman Electronics Pty. Ltd. ("Freedman") (together, "Plaintiffs") make the following corporate disclosure statements, and

pursuant to Local Rule 7.1-1, the undersigned counsel of record for Plaintiffs certifies that the parties listed below have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff RODE Microphones, LLC's parent company is Plaintiff Freedman Electronics Pty. Ltd. No publicly held corporation owns ten percent (10%) or more of Plaintiff RODE Microphones, LLC's stock. Plaintiff RODE Microphones, LLC has a pecuniary interest in the outcome of this case.

2. Plaintiff Freedman Electronics Pty. Ltd. has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock. Plaintiff Freedman Electronics Pty. Ltd. has a pecuniary interest in the outcome of this case.

Dated: February 13, 2023

Respectfully submitted,

**LATHROP GPM LLP**

By: */s/ Ronald Valenzuela*
Ronald A. Valenzuela (No. 210025)
LATHROP GPM LLP
2049 Century Park East
Los Angeles, CA 90067
Ronald.Valenzuela@lathropgpm.com
Tel: (310) 789-4600
Fax: (310) 789-4601

Richard P. Beem (*pro hac vice* forthcoming)
Alex Shtraym (*pro hac vice* forthcoming)
155 North Wacker Drive, Suite 3000
Chicago, IL 60606
richard.beem@lathropgpm.com
Tel : (312) 920-3300
Fax : (312) 920-3301

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ashley M. Bennett Ewald (CA No. 277618, *pro hac vice* forthcoming)
Lee B. Bennin (*pro hac vice* forthcoming)
80 South 8th Street
500 IDS Center
Minneapolis, MN 55402
ashley.bennettewald@lathropgpm.com
lee.bennin@lathropgpm.com
Tel: (612) 632-3000
Fax: (612) 632-4000

*Attorneys for Plaintiffs*

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; CORPORATE DISCLOSURE STATEMENT