1  Tyler R. Dowdall (State Bar No. 258950)
2  tdowdall@tarterkrinsky.com
   TARTER KRINSKY & DROGIN LLP
3  2029 Century Park East, Suite 400N
4  Los Angeles, CA 90067
   Telephone: (424) 330-8580
5  Facsimile: (315) 512-1465
6
7  Attorneys for Defendant
   FEAM GMBH
8
                    UNITED STATES DISTRICT COURT
9
            CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
10

11 | RODE MICROPHONES, LLC; and | Case No. 2:23-cv-01082 ODW (KK)
12 | FREEDMAN ELECTRONICS PTY
   | LTD.,                      | **NOTICE OF APPEARANCE OF**
13 |                            | **TYLER R. DOWDALL AS**
14 |        Plaintiffs,          | **COUNSEL FOR DEFENDANT**
   |                            | **FEAM GMBH**
15 |   v.
16 | FEAM GMBH,
17 |        Defendant.
18

---

**NOTICE OF APPEARANCE OF TYLER R. DOWDALL AS COUNSEL FOR DEFENDANT FEAM GMBH**
                                    1                 Case No. 2:23-cv-01082 ODW (KKx)
087364\2\170207550.v1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Tyler R. Dowdall of Tarter Krinsky & Drogin, LLP, who is permitted to practice in this District, hereby appears as counsel of record on behalf of Defendant FEAM GMBH. Effective immediately, please add Tyler R. Dowdall as an attorney to be noticed on all matters at the following address:

Tyler R. Dowdall (Bar No. 258950)
TARTER KRINSKY & DROGIN, LLP
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465
E-mail: tdowdall@tarterkrinsky.com

Dated: May 2, 2023                    TARTER KRINSKY & DROGIN LLP

                                      By: */s/ Tyler R. Dowdall*
                                          Tyler R. Dowdall (Bar No. 258950)
                                          2029 Century Park East, Suite 400N
                                          Los Angeles, CA 90067
                                          Telephone: (424) 330-8580
                                          Facsimile: (315) 512-1465
                                          E-mail: tdowdall@tarterkrinsky.com

                                          *Attorneys for Defendant*
                                          *FEAM GMBH*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

Dated: May 2, 2023

                                              */s/ Tyler R. Dowdall*