Tyler R. Dowdall (State Bar No. 258950)
tdowdall@tarterkrinsky.com
TARTER KRINSKY & DROGIN LLP
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465

Attorneys for Defendant
FEAM GMBH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RODE MICROPHONES, LLC; and FREEDMAN ELECTRONICS PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FEAM GMBH, <br><br> Defendant. | Case No. 2:23-cv-01082 ODW (KK) <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R 8-3)** <br><br> Complaint served: April 11, 2023 <br> Response due: May 2, 2023 <br> New due date: May 16, 2023 |

---

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**
1      Case No. 2:23-cv-01082 ODW (KKx)

087364\2\170206195.v2

IT IS HEREBY STIPULATED by and between the parties, Plaintiffs Rode Microphones, LLC ("Rode Microphones") and Freedman Electronics PTY LTD ("Freedman", collectively, with Rode Microphone known as the "Plaintiffs") and Defendant FEAM GMBH's ("Defendant" and together with Plaintiffs, the "Parties"), through their respective attorneys of record, as follows:

## RECITALS

WHEREAS, Plaintiffs filed their Complaint on February 13, 2023;

WHEREAS, Plaintiffs served the Summons and Complaint on Defendant on April 11, 2023;

WHEREAS, the Parties agree that the service of the Complaint, if any, was effected no earlier than April 11, 2023, which makes Defendant's response due no earlier than May 2, 2023.

WHEREAS, Defendant desires and has requested additional time to prepare and file responsive pleading;

WHEREAS, the Parties have agreed to a fourteen (14) day extension of time for Defendant to answer, move, or otherwise respond to Plaintiffs' Complaint, up to and including May 16, 2023.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:

1. The Defendant's deadline to answer, move, or otherwise respond to Plaintiffs' Rode Microphones, LLC and Freedman Electronics Pty Ltd.'s Complaint in this action shall be **May 16, 2023**.

In entering into this Stipulation and appearing by counsel in this Court for the purposes of submitting this Stipulation, Defendant does not waive and hereby

expressly reserves any defenses it may assert related to both personal jurisdiction over it, as well as all other defenses.

                                                    Respectfully submitted,

Dated: May 2, 2023                          LATHROP GPM LLP

By: */s/ Richard Beem*
      Richard Beem
      Admitted *Pro Hac Vice*
      *Attorneys for Plaintiffs*

Dated: May 2, 2023                          TARTER KRINSKY & DROGIN LLP

By: */s/ Tyler R. Dowdall*
      Tyler R. Dowdall (SBN 258950)
      *Attorneys for Defendant*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Tyler R. Dowdall, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3). In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

Dated: May 2, 2023                             TARTER KRINSKY & DROGIN LLP

                                               By: */s/ Tyler R. Dowdall*
                                                   Tyler R. Dowdall (SBN 258950)
                                                   *Attorneys for Defendant*

---

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

4                                   Case No. 2:23-cv-01082 ODW (KKx)

087364\2\170206195.v2

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

Dated: May 2, 2023

                                                                                                      */s/ Tyler R. Dowdall*