Tyler R. Dowdall (State Bar No. 258950)
tdowdall@tarterkrinsky.com
TARTER KRINSKY & DROGIN LLP
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465

Attorneys for Defendant
FEAM GMBH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RODE MICROPHONES, LLC; and FREEDMAN ELECTRONICS PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FEAM GMBH, <br><br> Defendant. | Case No. 2:23-cv-01082 ODW (KKx) <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R 8-3)** <br><br> (*Pursuant* to Fed. R. Civ. P. 6(b)(1) and Local Rule 8-3) <br><br> Complaint served: April 11, 2023 <br> Response due: May 2, 2023 <br> New due date: May 16, 2023 |

---

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

1                                          Case No. 2:23-cv-01082 ODW (KKx)

087364\2\170206332.v1

Currently before the Court is a Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days (L.R. 8-3) ("Stipulation"), filed by Plaintiffs Rode Microphones, LLC ("Rode Microphones") and Freedman Electronics PTY LTD ("Freedman Electronics", collectively with Rode Microphones known as "Plaintiffs") and Defendant FEAM GMBH ("Defendant", collectively, with the Plaintiffs known as the "Parties").

This Court, having considered the Parties' Stipulation, and good cause appearing there, GRANTS the Stipulation. **IT IS HEREBY ORDERED** that:

1. Defendant's deadline to file its response to Plaintiffs' Complaint (ECF No.1) is extended to and including May 16, 2023.

Dated: _____, 2023

_____
Hon. Otis D. Wright, II
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

Dated: May 2, 2023

                                                              */s/ Tyler R. Dowdall*