# EXHIBIT A

**LATHROP GPM LLP**
Ronald A. Valenzuela (State Bar No. 210025)
ronald.valenzuela@lathropgpm.com
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067
Tel: (310) 789-4600 Fax: (310) 789-4601

Richard P. Beem (*pro hac vice*)
richard.beem@lathropgpm.com
155 North Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: (312) 920-3300 Fax: (312) 920-3301

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RODE MICROPHONES, LLC; and FREEDMAN ELECTRONICS PTY LTD.,<br><br>Plaintiff,<br><br>v.<br><br>FEAM GMBH,<br><br>Defendant. | Case No. 2:23-cv-01082 ODW (KK)<br><br>**DECLARATION OF JESSE DEAN IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, AN ASSET RESTRAINING ORDER, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

LATHROP GPM LLP
ATTORNEYS AT LAW

DECLARATION OF JESSE DEAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION
FOR ENTRY OF A TEMPORARY RESTRAINING ORDER
1

EXHIBIT A
Page 24

I, Jesse Dean, submit this declaration on behalf of Plaintiffs Freedman Electronics Pty. Ltd. ("Freedman") and Rode Microphones, LLC ("RØDE USA") in connection with the above-entitled action. All facts stated in this declaration are based upon my personal knowledge, unless indicated otherwise. If called as a witness, I would competently testify to the following things:

1. I am RØDE's Director of Business Development, Americas at the Company's place of business in Signal Hill (Los Angeles area), California.

2. I am a resident of Rancho Mission Viejo, California, within the Central District of California.

3. My responsibilities in my capacity as Director of Business Development, Americas include investigating and taking action to stop unauthorized sales and distribution of audio devices bearing the RØDE brand and sold outside of RØDE USA's Authorized Dealer Network.

**FREEDMAN'S AND RØDE'S HISTORY & TRADEMARKS**

4. The RØDE brand, protected by several trademark registrations, is among the world's preeminent brands of audio devices. Parent company, Freedman, of Sydney, Australia, commenced operations in 1967 as a small electronics shop on the outskirts of the inner-city area in Sydney. Freedman launched RØDE in 1990 in response to the booming demand for affordable, high-quality audio recording equipment.

5. Freedman's wholly owned subsidiary RØDE USA (RØDE Microphones, LLC) was formed on January 26, 2001 as a Delaware limited liability company and is based in Signal Hill, California, near LAX airport and the port of Long Beach.

6. Freedman manufactures RØDE products in the Sydney area, in Australia, from its state-of-the-art facilities which include over 500 million dollars' worth of precision machinery housed among its five warehouses with a total footprint of over 280,000 square feet. RØDE products are then exported through Freedman's authorized distributor system and carefully monitored for quality control throughout the world. As well as its Australian manufacturing facility base, Freedman has a global footprint with offices around the world including the USA, China, the UK, and Germany.

7. RØDE products are sold to customers in at least 118 countries, including the United

LATHROP GPM LLP
ATTORNEYS AT LAW

DECLARATION OF JESSE DEAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION
FOR ENTRY OF A TEMPORARY RESTRAINING ORDER
1

EXHIBIT A
Page 25

States.

8. RØDE USA is Freedman's sole, exclusive, authorized distributor for the Americas, including the U.S.

9. All RØDE products that enter the United States do so through the Port of Los Angeles or LAX Airport and are then transported to RØDE USA's receiving facilities located in Signal Hill, California.

10. RØDE USA offers multiple categories of microphones: wireless, USB, on-camera, mobile, broadcast, live, shotgun, lavalier and wearable, ribbon, studio condenser, and 360-degree ambisonic. Within each category, RØDE USA offers multiple models having different features and price points.

11. Based on extensive reviews, RØDE USA is the go-to seller of high-quality, clear, durable microphones. Furthermore, given RØDE USA's deep portfolio of microphones, anyone can find a high-quality microphone within the RØDE line that suits their particular needs and budget.

12. In addition to microphones, RØDE USA offers audio equipment such as headphones, interfaces, mixers, software, and accessories (e.g., adaptors, cables, boompoles, batteries, chargers, microphone clips, stands, cases, mounts, and more).

13. Unlike more costly audio equipment used in professional film and television, most RØDE products are intended for purchase and use by content creators who are highly conscious of both cost and quality. Purchasers of RØDE products include YouTube do-it-yourselfers, vloggers, videographers, photographers, gamers, podcasters, and the like. RØDE's build quality, brand experience, and industry-leading warranty are a major factor in the sales of these products.

14. From its Signal Hill, California facilities, RØDE USA also handles all customer service, warranty repairs, maintenance, and distribution of RØDE products to customers in the United States, Canada, and South America.

15. Freedman and RØDE USA have numerous trademarks registered worldwide and with the United States Patent and Trademark Office (the "RØDE Marks").

16. On June 7, 2011, RØDE USA obtained a federal trademark registration for the mark

LATHROP GPM LLP
ATTORNEYS AT LAW

DECLARATION OF JESSE DEAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION
FOR ENTRY OF A TEMPORARY RESTRAINING ORDER
2

EXHIBIT A
Page 26

RØDE, Registration No. 3973968 (the "RØDE Registration"), for use in connection with "microphones; microphone boompoles; microphone mounts; microphone windshields." On September 19, 2013, RØDE USA assigned all right, title, and interest in and to the RØDE Registration to Freedman, which currently owns it, there being an exclusive license back to RØDE USA as a wholly owned subsidiary of Freedman, in the region, which includes the entire U.S. Attached as **Exhibit B** is a true and correct printout of the RØDE Registration.

17. Freedman also owns all right, title, and interest to the design mark, again, with RØDE USA being the exclusive licensee in its region, which includes the entire U.S., that is the subject of Registration No. 4590692 (the "RØDE Design Registration"), for use in connection with a variety of audio and audio-related goods. The RØDE Design Registration consists of a gold-colored dot and claims prior to International Registration No. 1165107. Attached as **Exhibit C** is a true and correct printout of the RØDE Design Registration.

18. Freedman and RØDE USA have invested enormous time, energy, and capital in marketing, advertising, promoting, and protecting its products offered under the RØDE Marks and the goodwill generated by those products offered under the RØDE Marks.

19. As a result of Freedman and RØDE USA's marketing, advertising, and promotion efforts, consumers closely associate the RØDE Marks with high-quality and affordable audio products backed by the RØDE Warranty and customer support team.

20. As a result of Freedman and RØDE USA's efforts and use, the RØDE Marks have come to be recognized by the public and members of the trade as associated exclusively with a single source of origin.

21. Having been promoted widely to the general public, and having been identified exclusively with a single source of origin, the RØDE Marks symbolize and carry the tremendous goodwill associated with Freedman and RØDE USA and their goods and services.

**RØDE USA'S SUBSTANTIAL PRESENCE IN THE CENTRAL DISTRICT OF CALIFORNIA; LACK OF CONNECTIONS OF ANY PARTY TO NEW JERSEY**

22. RØDE USA's principal place of business is 2745 Raymond Avenue, Signal Hill, California ("Headquarters"). This is RØDE USA's sole physical location within the U.S.

LATHROP GPM LLP
ATTORNEYS AT LAW

DECLARATION OF JESSE DEAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION
FOR ENTRY OF A TEMPORARY RESTRAINING ORDER
3

EXHIBIT A
Page 27

23. All RØDE USA business operations are conducted from Headquarters.

24. RØDE USA's Headquarters building façade bears the RØDE Registration with the ® symbol. See **Exhibit D**.

25. As mentioned above, all RØDE products that enter the United States do so through the Port of Los Angeles or LAX Airport and are then transported to Headquarters.

26. Every day, multiple shipping company trucks (e.g. Federal Express, UPS, USPS, DHL, etc.) can be seen coming and going from RØDE USA's Headquarters in Signal Hill, California, for distribution throughout the U.S.

27. In addition to myself and general manager, Douglas Marhoffer, approximately 18 employees – including technical staff, sales members, and customer support – work from RØDE USA's Headquarters. While certain RØDE USA employees in the RØDE USA sales force reside outside California, all employees operate from Headquarters in Signal Hill, California.

28. RØDE USA Headquarters in Signal Hill, California, consist of two large industrial buildings located on approximate 13,730 square feet of land. The main building consists of office and warehouse space. Within this facility all operations in-bound and out-bound for national and international distribution for USA, Canada, Central and South America are conducted.

29. All RØDE USA warranty returns, repairs, replacements, and customer support activities for the Americas are handled by employees at RØDE USA Headquarters in Signal Hill, California.

30. Further, quality control, R&D, and product assemblies are also done at RØDE USA Headquarters within the offices and warehouse in Signal Hill, California.

31. In contrast, neither RØDE USA nor Freedman nor I nor defendant FEAM have any real presence in New Jersey. None of the parties have an office or any facilities in that state or anywhere else in the Americas outside of Signal Hill, California.

**RØDE USA'S AUTHORIZED DEALER NETWORK AND WARRANTY**

32. To ensure that its authorized resellers comply with RØDE USA's high standards and quality control requirements, Freedman and RØDE USA operate an Authorized Dealer Network.

LATHROP GPM LLP
ATTORNEYS AT LAW

DECLARATION OF JESSE DEAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION
FOR ENTRY OF A TEMPORARY RESTRAINING ORDER
4

EXHIBIT A
Page 28

33. All products sold through the RØDE Authorized Dealer Network are backed by an award-winning, industry-leading warranty (the "RØDE Warranty") and customer support team.

34. The RØDE Warranty - which often includes a lifetime warranty – is offered to consumers that purchase genuine RØDE products through authorized dealers, and because of the cost and complexity of audio devices, this warranty is highly valued by RØDE customers.

35. Consumers of genuine RØDE products from authorized dealers are encouraged to immediately register their purchase through on RØDE's website, which often extends the term of the warranty. The registration process includes creating a *unique* login and registering each purchase using the *unique* serial number assigned to each product. The registration process also includes disclosing where and when a consumer purchased the product, selecting the authorized dealer, and supplying a proof of purchase. Upon verification of the registration process, consumers can take advantage of the RØDE Warranty and receive service from our specialized team of in-house employees.

36. Each product registration is also vetted by RØDE USA at Headquarters in Signal Hill, California, for authenticity and authorization. RØDE USA records all serial numbers leaving Headquarters and their destinations for verification. Customers cannot complete the registration without this information.

37. The RØDE warranty is not offered to products bearing the RØDE brand purchased from unauthorized sellers – such as FEAM, which sells what appear to be official RØDE products but are not genuine or authorized, and which do not come with the famous RØDE warranty.

38. Resellers must apply and be accepted to the RØDE Authorized Dealer Network in order to sell RØDE products. Once accepted they are given a unique identifier in the form of a Dealer ID Number. Consumers are able to confirm authorized dealers through RØDE's website - https://rode.com/en-us/support/authorised-dealers.

39. To be accepted, resellers must comply with RØDE USA's quality control measures, including but not limited to the following:

   a. Resellers must sell all RØDE products in their original packaging and cannot alter the product's labels or packaging.

LATHROP GPM LLP
ATTORNEYS AT LAW

DECLARATION OF JESSE DEAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION
FOR ENTRY OF A TEMPORARY RESTRAINING ORDER
5

EXHIBIT A
Page 29

       b.      Resellers cannot alter the contents of RØDE product labeling or packaging in any way.

       c.      Resellers cannot alter the RØDE physical products.

       d.      Resellers cannot advertise that any RØDE product is "new" if it was returned open or repackaged.

       e.      Resellers must follow all instructions for storing, handling, shipping, and disposing of RØDE products.

       f.      Resellers must be able to provide accessible pre- and post-sale support for RØDE customers.

       g.      Resellers must have the technical knowledge or ability to provide end-users appropriate RØDE product support.

40.    Attached as **Exhibit F** is a true and correct copy of the RØDE USA United States Authorized Dealer Terms and Conditions.

41.    Freedman and RØDE USA periodically audit members of the RØDE Authorized Dealer Network to ensure continued compliance with its quality control requirements.

42.    The quality control requirements for members of the RØDE Authorized Dealer Network are legitimate and substantial and have been implemented to allow Freedman and RØDE USA to control the quality of RØDE products sold on online marketplaces and to quickly address any quality issues that might arise.

43.    The quality controls imposed through the RØDE Authorized Dealer Network are material, as they have been implemented to ensure consumers purchasing RØDE products on online marketplaces received genuine, high-quality RØDE products that follow Freedman and RØDE USA's quality control measures.

44.    As mentioned above, RØDE products not sold through the RØDE Authorized Dealer Network are not backed by the RØDE Warranty.

45.    Consumer reviews indicate that it is highly relevant to their purchasing decision whether the products come from a RØDE authorized dealer, at least because of the applicability or non-coverage by RØDE Warranty.

LATHROP GPM LLP
ATTORNEYS AT LAW

DECLARATION OF JESSE DEAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION
FOR ENTRY OF A TEMPORARY RESTRAINING ORDER
6

EXHIBIT A
Page 30

## FEAM'S UNAUTHORIZED SALE OF RØDE-BRANDED PRODUCTS

46. In the course of monitoring online listings of RØDE products, I discovered FEAM's unauthorized sale of products bearing the RØDE Marks being offered through FEAM's e-commerce shop on Amazon.com utilizing multiple business locations, including at least Panama and Switzerland.

47. I confirmed that FEAM is not a member of the RØDE Authorized Dealer Network in any country.

48. FEAM has listed many RØDE-branded products for sale on its e-commerce storefront. For instance, in January 2023 alone, FEAM offered the following least thirteen different types of RØDE-branded products for sale on its Amazon.com storefront:

| Product Title | ASIN |
|---|---|
| RØDE Lavalier GO Professional Wearable Microphone - White | B087HY145N |
| RØDE M3 Multi-Powered Condenser Microphone | B000UXIEPU |
| RØDE NT1 Kit | B00GGGQK56 |
| RØDE NTG-1 Shotgun Condenser Microphone | B00093J07C |
| RØDE NTG-2 Multi-Powered Shotgun Microphone | B00093ESSI |
| RØDE NTG4 Shotgun Microphone | B00SQD8DDY |
| RØDE NTG4+ Shotgun Microphone | B00TV90BF0 |
| RØDE NT-USB USB Condenser Microphone | B00KQPGRRE |
| RØDE Podcaster | B000JM46FY |
| RØDE PSA1 | B001D7UYBO |
| RØDE VideoMic GO Lightweight Directional Shotgun Video Mic | B00GQDORA4 |
| RØDE VideoMic Camera-Mount Shotgun Microphone with Rycote Lyre Shock Mounting | B00CAE8PM4 |
| RØDE Wireless GO II Dual Channel Wireless Microphone System | B08XFQ6KP9 |

49. These products falsely used a unique identifier – ASIN number – affiliated with RØDE's authentic products, thereby suggesting that FEAM is a member of the RØDE Authorized Dealer Network or otherwise associated with Freedman or RØDE USA.

LATHROP GPM LLP
ATTORNEYS AT LAW

DECLARATION OF JESSE DEAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION
FOR ENTRY OF A TEMPORARY RESTRAINING ORDER
7

EXHIBIT A
Page 31

50.     FEAM's use of ASIN numbers associated with authentic RØDE products allows consumers to access a "Product Documentation" link, which provides detail regarding the RØDE Warranty. As a result, consumers are misled into believing that the products they purchase from FEAM come with the RØDE Warranty, which they do not. Further, FEAM's deliberate efforts to avoid disclosing this and other material differences coupled with its reduced pricing, as compared to genuine RØDE products, is a clear attempt to deceive consumers and create confusion.

51.     On January 21, 2023, acting in my capacity as Business Development Director of the Americas, I filed on behalf of Freedman and RØDE USA Trademark Violation complaints with Amazon.com through Brand Registry regarding several products FEAM listed on its storefront bearing the RØDE Marks.

52.     As required, I also input the following reasoning for the complaint:

> "The listed sellers are not members of the Authorized Sellers of RØDE branded products as approved through by RØDE Globally through RØDE Authorised Dealer Network at this link https://partner.rode.com/form and as such cannot offer the end-user the award winning world class warranty that is associated with RØDE Products and essential to the proper brand representation of the products. This is considered a "material difference" as shown by *Beltronics USA Inc. v. Midwest Inventory Distrib., LLC*, 562F.3d 1067, 1075-76 (10th Cir. 2009) (affirming preliminary injunction for trademark infringement where unauthorized product did not include manufacturer's warranty); *Tracfone Wireless inc. v. Pak China Gap. CO*, 843 F. Supp. 2d 1284, 1298 (S.D. Fla. 2012) (holding that products sold with invalid warranties were materially different and their sale constituted trademark infringement)."

53.     Between February 20, 2023 and March 20, 2023, I and other RØDE employees purchased a total of 4 products sold by FEAM through its e-commerce shop. These test purchases confirmed that FEAM was selling materially different yet purported RØDE products displaying the RØDE Marks.

54.     Further, I confirmed that along with being an *unauthorized* dealer and unable to support RØDE's Warranty, FEAM also was re-stickering or altering labels, covering the unique serial numbers used in Warranty Registration. **Exhibit I.**

55.     It can be very difficult to tell the difference between a genuine RØDE product, i.e., one made by Freedman, and a fake product that is made by a counterfeiter to closely resemble a

LATHROP GPM LLP
ATTORNEYS AT LAW

DECLARATION OF JESSE DEAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION
FOR ENTRY OF A TEMPORARY RESTRAINING ORDER
8

EXHIBIT A
Page 32

RØDE product bearing the RØDE brand (registered trademark).

56. I do not know whether the RØDE-branded products sold by FEAM are new products made by Freedman, used, altered or defective products, or complete fakes – FEAM has refused to provide this information – but two distinguishing characteristics of FEAM's offering are certain:

    1. They have re-stickered or altered labels; and

    2. They do not come with the famous and highly valuable RØDE warranty.

57. Customer reviews of FEAM's e-commerce shop show that consumers believe that FEAM has sold non-genuine, or "counterfeit," goods. **Exhibit H**.

★☆☆☆☆ "Counterfeit"

By Genesis Lafont on July 30, 2021.

58. In response to the complaints I filed, Amazon.com removed the listings for the complained-of products listed on FEAM's shop. FEAM has attempted – generally unsuccessfully but sometimes with effect – to protest the removal of its listings for the complained-of products to Amazon.com.

59. At no point has FEAM provided proof of legally and rightfully purchasing the products from an authorized dealer or source for U.S. retail.

60. Even after receiving notice of its infringing actions, FEAM continues to list purported RØDE products on its e-commerce shop. A true and correct copy of a representative listing for RØDE-branded products on FEAM's storefront is attached as **Exhibit J**.

61. As a result, when consumers receive FEAM's non-genuine, counterfeit RØDE product that does not come with the RØDE Warranty, the consumer will associate the negative experience with Freedman and RØDE USA. Similarly, the reputation and goodwill associated with the RØDE Marks is damaged when consumers submit warranty claims for non-genuine products distributed by unauthorized sellers – such as FEAM.

62. On February 7, 2023, in response to the removal of RØDE-branded products listed on FEAM's shop, FEAM's counsel sent me an email threating legal action.

63. That same day, counsel for Freedman and RØDE USA responded to FEAM's

LATHROP GPM LLP
ATTORNEYS AT LAW

DECLARATION OF JESSE DEAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION
FOR ENTRY OF A TEMPORARY RESTRAINING ORDER
9

EXHIBIT A
Page 33

counsel demanding that FEAM cease and desist from the unauthorized use of the RØDE Marks unless FEAM can present evidence that it is an authorized dealer and evidence that the products it sells lack material differences, such as the official RØDE Warranty.

64. FEAM refused to provide any information about the source of its RØDE-branded products.

65. Instead of providing the requested proof or evidence, on February 8, FEAM filed suit in New Jersey, seeking to prevent Freedman and RØDE USA from exercising their legal rights as the owner and exclusive U.S. licensee of the RØDE trademarks and RØDE USA's Authorized Dealer Network.

66. Since then, FEAM has continued to list and sell RØDE-branded products on the Internet, without authorization from RØDE trademark owner Freedman or exclusive U.S. licensee RØDE USA. *See* May 31, 2023 screenshot of FEAM's e-commerce shop on Amazon.com, **Exhibit J**.

67. Based on FEAM's actions and its refusals to honor Freedman's and RØDE USA's trademarks and legitimate requests, it is clear than unless restrained and enjoined by the Court, FEAM will continue to make unauthorized sales of RØDE-branded products in the U.S. and in this District in the future, despite not being an approved, authorized member of the RØDE Authorized Dealer Network, and despite inability to offer the RØDE warranty, none of which material deficiencies are apparent to consumers. Unless stopped by this Court, such wrongful actions by FEAM will cause further irreparable harm to Freedman, RØDE USA, authorized RØDE dealers, and consumers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 2, 2023, at Signal Hill, California.

JESSE DEAN
RØDE USA
DIRECTOR OF BUSINESS DEVELOPMENT

LATHROP GPM LLP
ATTORNEYS AT LAW

DECLARATION OF JESSE DEAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION
FOR ENTRY OF A TEMPORARY RESTRAINING ORDER
10

EXHIBIT A
Page 34