# EXHIBIT B



# RØDE

| | |
|---|---|
| **Reg. No. 3,973,968** | RØDE MICROPHONES LLC (DELAWARE LIMITED LIABILITY COMPANY) |
| **Registered June 7, 2011** | P.O. BOX 4189<br>SANTA BARBARA, CA 93140 |
| **Int. Cl.: 9** | FOR: MICROPHONES; MICROPHONE BOOMPOLES; MICROPHONE MOUNTS; MICROPHONE WINDSHIELDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **TRADEMARK** | FIRST USE 12-1-1995; IN COMMERCE 12-1-1995. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SER. NO. 85-152,200, FILED 10-13-2010. |
| | STEVEN R. FINE, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office