# EXHIBIT C

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,590,692**
**Registered Aug. 26, 2014**
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*
**Deputy Director of the United States Patent and Trademark Office**

FREEDMAN ELECTRONICS PTY LIMITED (AUSTRALIA COMPANY)
107 CARNARVON STREET
SILVERWATER NSW 2128
AUSTRALIA

FOR: ELECTRICAL APPARATUS, NAMELY, AMPLIFIERS AND PRE-AMPLIFIERS, AUDIO SPEAKERS, AUDIO MIXERS, AUDIO RECORDERS; SOUND PROCESSORS NAMELY, DIGITAL SIGNAL PROCESSORS, GUITAR EFFECTS PROCESSORS, SOUND EQUALISERS AND CROSSOVERS, AUDIO DYNAMICS PROCESSING; SOUND SYSTEMS COMPRISING REMOTE CONTROLS, AMPLIFIERS, LOUDSPEAKERS AND COMPONENTS THEREFOR; AUDIO EQUIPMENT, NAMELY, MICROPHONES, MICROPHONE BOOM POLES, MICROPHONE MOUNTS, MICROPHONE WINDSHIELDS, MICROPHONE REFLECTION FILTERS, MICROPHONE STANDS, MICROPHONE TRIPODS AND PROTECTIVE CASES SPECIFICALLY ADAPTED FOR MICROPHONES; HEADSETS AND HEADPHONES FOR USE WITH AUDIO AND SOUND EQUIPMENT; HANDHELD ELECTRONIC UNITS FOR ADJUSTING SOUND LEVELS IN HEARING AIDS; WIRELESS TELEPHONY APPARATUS; AUDIO CABLES AND AUDIO ACCESSORIES, NAMELY, AUDIO CASSETTE RECORDERS AND PLAYERS, AUDIO MIXERS; MICROPHONE COMPONENTS, NAMELY, CAPSULES; ELECTRICAL TRANSDUCERS; ELECTRIC TRANSFORMERS; VACUUM TUBES FOR RADIOS; POWER SUPPLIES; ANALOGUE TO DIGITAL AUDIO CONVERTERS; SOUND AND VIBRATION ABSORBING AND DAMPING FITTINGS AND FEET, ESPECIALLY ADAPTED FOR USE WITH AUDIO EQUIPMENT; AUDIO RACKS, NAMELY, RACKS FOR AMPLIFIERS AND LOUDSPEAKERS; AUDIO SPEAKERS, LOUD SPEAKERS; SPEAKER AND SPEAKER SYSTEMS, FOR HOMES, STUDIOS, CONCERTS, OUTDOORS, IN-CAR ENTERTAINMENT AND PUBLIC ADDRESS; AUTOMOTIVE AND MARINE STEREO UNITS, COMPRISING CAR AMPLIFIERS AND AMPLIFYING SYSTEMS COMPRISING STEREO AMPLIFIERS AND TUNERS; HOME THEATRE PACKAGE SYSTEMS, COMPRISING DOMESTIC AUDIO SPEAKER SYSTEMS, AUDIO AMPLIFIERS AND SPEAKERS; WEBCAMS; DISTRIBUTION AMPLIFIERS FOR THE REPRODUCTIONS AND TRANSMISSION OF AUDIO AND VIDEO SIGNALS; TRANSMITTING AND RECEIVING DEVICES, NAMELY, WIRELESS TRANSMITTERS, POCKET TRANSMITTERS, DIVERSITY RECEIVERS, ANTENNAS, DEVICES FOR AUDIO TRANSMISSION. DOWNLOADABLE DIGITAL MEDIA, NAMELY, CD'S AND DVDS FEATURING INSTRUCTIONAL AND EDUCATIONAL MEDIA INFORMATION IN THE FIELD OF MUSIC; SOFTWARE FOR CONTROLLING THE OPERATION OF AUDIO EQUIPMENT AND SYSTEMS; ELECTRICAL DEVICES AND INSTRUMENTS IN ELECTRO ACOUSTICS AND PARTS THEREOF, NAMELY, ACOUSTIC COUPLERS, ACOUSTIC METERS AND ACOUSTIC MEMBRANES ; BLANK RECORDABLE COMPACT

EXHIBIT C
Page 36

**Reg. No. 4,590,692** DISCS AND DIGITAL VIDEO DISCS; ANTENNAS FOR RECEIVING AUDIO SIGNALS; APPARATUS FOR BROADCASTING AUDIO SIGNALS; APPARATUS FOR PROCESSING AUDIO SIGNALS, NAMELY, AUDIO PROCESSORS USED IN THE MANIPULATION OF THE FREQUENCY, TIME AND AMPLITUDE CHARACTERISTICS OF AUDIO SIGNALS; AUDIO EQUIPMENT FOR VEHICLES, NAMELY, LOUD SPEAKERS FOR AUTOMOTIVE AUDIO SYSTEMS; APPARATUS FOR RECORDING AUDIO SIGNALS; APPARATUS FOR TRANSMITTING AUDIO SIGNALS; APPARATUS FOR USE IN AUDIO-VISUAL COMMUNICATION; AUDIO AMPLIFIERS; AUDIO AND VIDEO RECEIVERS; AUDIO APPARATUS; AUDIO APPARATUS FOR VEHICLES; AUDIO CABLE CONNECTORS; AUDIO CONFERENCE APPARATUS, NAMELY, RADIO RECEIVERS AND MONITORS FOR REPRODUCTION OF SOUND AND SIGNALS; AUDIO CONFERENCE INSTRUMENTS; AUDIO DUBBING APPARATUS, NAMELY, COMPUTER SOFTWARE AND COMPUTER HARDWARE FOR USE IN AUDIO DUBBING; COMPONENTS, NAMELY, SURROUND SOUND SYSTEMS; AUDIO ELECTRONIC INSTRUMENTS, NAMELY, VIBRATION DAMPENERS FOR ELECTRONIC AUDIO EQUIPMENT; AND AUDIO EQUIPMENT, NAMELY, ELECTRIC AUDIO PLAYBACK UNITS; AUDIO FREQUENCY APPARATUS, NAMELY, TRANSFORMERS; AUDIO INSTRUMENTS, NAMELY, ELECTRICAL PICKUPS FOR USE WITH MUSICAL INSTRUMENTS; AUDIO MIXING APPARATUS, NAMELY, ELECTRONIC SOUND MIXING, PROCESSING AND SYNTHESIZING APPARATUS; AUDIO MIXING CONSOLE APPARATUS; AUDIO MIXING DESKS; AUDIO MIXING MACHINES; AUDIO OSCILLATORS; AUDIO PLAYERS; AUDIO PROCESSING APPARATUS; AUDIO PROCESSING APPARATUS FOR USE WITH VIDEO APPARATUS; AUDIO EQUIPMENT FOR USE IN VEHICLES NAMELY, STEREOS, SPEAKERS, AMPLIFIERS, EQUALISERS, CROSSOVERS AND SPEAKER HOUSINGS,. AUDIO RECORDING APPARATUS, NAMELY, AUDIO TAPE RECORDERS; AUDIO RECORDING INSTRUMENTS, NAMELY, DIGITAL AUDIO TAPE RECORDERS; AUDIO RECORDINGS FEATURING MUSIC; AUDIO SIGNAL LEVEL CONTROLLING APPARATUS; AUDIO SIGNAL PROCESSING APPARATUS; AUDIO SWITCHING APPARATUS; AUDIO TEST INSTRUMENTS; AUDIO TESTING APPARATUS, NAMELY, ELECTRONIC TESTING EQUIPMENT, NAMELY, SOUND LEVEL METERS; AUDIO TIMERS; AUDIO TRANSMITTER UNITS; AUDIOVISUAL INSTRUMENTS, NAMELY, AUDIOVISUAL RECEIVERS; CAR AUDIO APPARATUS, NAMELY, AUDIO CASSETTE DECKS FOR AUTOMOBILES; CAR AUDIO INSTRUMENTS, NAMELY, CAR BROADCASTING TUNERS; CONTROL APPARATUS FOR AUDIO SIGNALS, NAMELY, SOFTWARE TO CONTROL AND IMPROVE AUDIO SIGNALS; CROSSOVER NETWORKS FOR AUDIO APPARATUS; ELECTRIC LEADS FOR AUDIO DUBBING; ELECTRICAL APPARATUS FOR THE TRANSMISSION OF AUDIO SIGNALS; ELECTRONIC APPARATUS FOR HOME USE WITH AUDIOVISUAL PLAYBACKS; ELECTRONIC AUDIO EFFECTS APPARATUS; ELECTRONIC AUDIO SIGNAL PROCESSORS FOR COMPENSATING SOUND DISTORTION; ELECTRONIC MIXERS FOR MIXING SIGNALS IN THE PRODUCTION OF AUDIO RECORDINGS; ELECTRONIC UNITS FOR TRANSMITTING AUDIO SIGNALS; HEADGEAR ADAPTED TO SECURE AUDIO ELECTRONIC APPARATUS TO THE HEAD; HIGH FIDELITY AUDIO APPARATUS, NAMELY, AUDIO HEADPHONES; AUDIO SPEAKERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

THE MARK CONSISTS OF A GOLD COLORED DOT.

OWNER OF INTERNATIONAL REGISTRATION 1165107 DATED 9-12-2012, EXPIRES 9-12-2022.

THE COLOR(S) GOLD IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 79-131,987, FILED 9-12-2012.

ODESSA BIBBINS, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

>  *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
>  *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:**  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online **at** http://www.uspto.gov.