# EXHIBIT D

*screenshot-www.google.com-2023.02.13-11_47_44*
*https://www.google.com/maps/place/2745+Raymond+Ave,+Signal+Hill,+CA+90755/@33.807372,-118.1643471,3a,90y,248.81h,79.56t/data=!3m6!1e1!3m4!1stGB-0ztbvFqY7luyk6XS-g!2e0!7i16384!8i8192!4m15!1m8!3m7!1s0x80dd33d3d998fe31:0xcd75fffe4c7c7dad!2s2745+Raymond+Ave,+Signal+Hill,+CA+90755!3b1!8m2!3d33.8072316!4d-118.1646704!16s%2Fg%2F11c0rn1sy7!3m5!1s0x80dd33d3d998fe31:0xcd75fffe4c7c7dad!8m2!3d33.8072316!4d-118.1646704!16s%2Fg%2F11c0rn1sy7*
*13.02.2023*

