# EXHIBIT F



# RØDE United States Authorized Dealer Terms and Conditions

Effective: January 19th 2023

INSIDE:

—

Terms and Conditions 2023

—

Schedule 1 – RØDE E-commerce Sales Guide

—

MAP Policy
Minimum Advertised Price Policy

—

Current MAP Pricing



## Welcome to RØDE

We are a global leader in audio technology with a mission to amplify the voice and vision of the world's creators. With a storied history dating back over 50 years, RØDE is a uniquely Australian-owned and operated company with a passion for innovation, obsession with quality, and enduring commitment to making incredible audio accessible to everyone.

# Authorized Dealers

RØDE products are sold solely through authorized retailers with unique Authorized RØDE Dealer Identification Numbers found on their respective websites or stores.

The RØDE Authorized Dealer Network is an initiative aimed at providing the best customer experience when purchasing RØDE products. It gives customers confidence and certainty that they're buying a genuine RØDE product.  This program also ensures that our dealer network is supported and recognized as a reputable and trusted seller of RØDE products.

If you have not submitted an application, please visit https://partner.rode.com/form and fill out the form immediately.

RØDE Microphones, LLC  2745 Raymond Ave Signal Hill CA 90755  Ph: +1 562 364 7400Fax: +1 888 412 4664

**APPLICATION OF STANDARD TERMS AND CONDITIONS**



# Application of T&C

## Definitions

*Receiving this policy does not grant the right to sell RØDE products.*

RØDE Microphones, LLC has enacted the updated following RØDE Authorized Retailer Standard Terms and Conditions ("Terms"), which apply to Retailers of RØDE Microphone products ("Product(s)") in the territory of the United States of America. By purchasing products from RØDE Microphones, LLC (from here on "RØDE") for the purpose of retail sale, you (from here on "Retailer") in receiving this agreement do agree to abide by the following terms and conditions. RØDE retains the right to revoke retailer status anytime at the sole and absolute discretion of RØDE. Retailer shall be considered an "Authorized RØDE Dealer" hereunder after receipt and publication of their unique Authorized RØDE Dealer ID Number. RØDE may review Retailer's activities for compliance with the Terms, and Retailer agrees to cooperate with any and all investigations related to that review.

The Standard Terms and Conditions contained herein apply automatically to all Retailer Agreements, agreed and executed between RØDE and retailers who have been appointed as authorized Retailers of RØDE products, as Terms and Conditions of the Retailer Agreements.

The Retailer is not an agent of RØDE nor is the retailer authorized to incur any obligations or make any representations on behalf of RØDE. The Retailer may not assign or transfer any part of their agreement without the written approval of RØDE.  RØDE may transfer or assign any of its rights and/or obligations through any other affiliated company and may carry out its obligations through any of its agents or subcontractors.

If any provision of these terms and conditions is held unenforceable, the remainder of these terms and conditions shall not be affected. No waiver by RØDE of any default by the Retailer shall be deemed a waiver of any prior or subsequent default by the Retailer.

These terms and conditions, RØDE distributed Sales or Marketing materials, product information and specifications, price lists, and any updates thereto, represent the complete and exclusive statement of the terms, conditions, and representations of the agreement between RØDE and the Retailer.

# RØDE

Authorized Dealer Terms and Conditions 2023

1. **General Purchasing**

    a. Purchase Orders for Products (from here on "PO") made by Retailer shall be handled by these Terms and may be amended by RØDE from time to time.

    b. All POs are subject to acceptance by RØDE based on availability of the Products, the Retailer's credit status, and the Retailer's compliance with the terms and conditions herein.

    c. RØDE has the right to reject Purchase Orders, for any reason.

    d. RØDE retains the right, at any time in its sole and absolute discretion and without any obligation, liability, or advance notice to Retailer, to refuse the sale of or limit the production of any Product, to end or limit deliveries of any Product, to change the design of any Product, and to add or delete Products from the existing product line.

    e. The Retailer shall be responsible for ensuring the accuracy of the terms of any Order submitted to RØDE, and for giving RØDE all necessary information relating to the order to enable RØDE to fulfill the order.

    f. No order submitted by the Retailer shall be deemed to be accepted by RØDE unless and until confirmed in by a RØDE authorized employee.

    g. Upon acceptance of the PO by RØDE, an order shall become binding and cannot be canceled or varied by Retailer, except with the express agreement in writing of RØDE and on terms that the

    h. Retailer shall indemnify RØDE in full against all loss, costs, damages, charges, and expenses incurred by RØDE as a result of the cancellation or variation.

    i. RØDE shall make every effort to supply the Retailer with all of the Products that RØDE in its sole discretion designates as being available to that Retailer by RØDE and that are ordered by the Retailer.

2. **Pricing – Wholesale**

    a. The applicable price of the Products purchased by the Retailer shall be the Dealer Net Price (from here on "DLR NET") published by RØDE in its price lists for each of its Products, unless otherwise negotiated with a RØDE sales employee. RØDE hereby reserves the right to vary the DLR NET of the Products from time to time, and the variation shall be communicated to the Retailer at the first available opportunity.

    b. The DLR NET of the Products given by RØDE shall exclude the cost of packing, handling, delivery, insurance, taxes, duties, and any other charges. Upon acceptance and completion of a Purchase Order, RØDE shall issue the Retailer an Invoice and the Invoice Price shall be fixed and final.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664




Authorized Dealer Terms and Conditions 2023

c. RØDE hereby reserves the right, by giving notice to the Retailer at any time between the date of the order until immediately prior to delivery of the Products, to increase the Invoice price of an order to reflect any increase in costs to RØDE which is due to any factor beyond the control of RØDE, any change in delivery dates, quantities, or the Products requested by the Retailer, or any delay caused by the Retailer.

3. **Pricing - Retail**

a. RØDE shall publish a List Price also known as Manufacturer Suggested Retail Price (MSRP) in price lists for each of the Products which will represent the price at which the Retailer is suggested to sell each of the Products to its customers.

b. RØDE shall publish a Minimum Advertised Price (from here on "MAP") in price lists for each of the Products which will represent the lowest price of the Products to be displayed in any Advertising by the Retailer.

c. RØDE is solely responsible for establishing the MAP for each Covered Product and communicating the MAP to all retailers. See Section: <u>RØDE UNITED STATES MINIMUM ADVERTISED PRICE (M.A.P.) POLICY</u>

d. While retailers remain free to advertise and sell all RØDE Products at any price they deem appropriate, it is a violation of RØDE's Policy for a reseller to advertise any MAP Product at a price lower than the MAP.

e. The RØDE Minimum Advertised Price (MAP) Policy can be found in the section titled: <u>RØDE UNITED STATES MINIMUM ADVERTISED PRICE (M.A.P.) POLICY</u>

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664




Authorized Dealer Terms and Conditions 2023

4. **Authorized End Users**

    a. Retailer is authorized to sell RØDE Products to End Users. An "<u>End User</u>" is a buyer of the Products who is the final consumer of the Products and who has no intention to sell the Products to any other party.

    b. Retailer shall not sell or transfer Products to any person or entity Retailer knows or has reason to know intends to resell the Products.

    c. Retailer shall not Operate any store or sell products, whether actual or online, to engage in the active sale of the Products to consumers **outside of** the United States without RØDE's prior consent.

5. **E-commerce – Authorized Retailer Websites**

Authorized RØDE Retailers can advertise and sell Products through their own websites in accordance with the following terms:

An "<u>Authorized Retailer Website</u>" is a website or mobile application that:

    a. is operated by the Authorized Retailer in Retailer's legal name or registered fictitious name (DBA).

    b. clearly shows Retailer's name, mailing address, phone number, and email address.

    c. does not give the appearance to be operated by RØDE or any other third party; and is operated in compliance with the terms and conditions set forth in the "Ecommerce Sales Guidelines", attached as Schedule 1, which RØDE may change or update from time to time.

*RØDE retains the right to end, at any time and in its sole discretion, the approval of Retailer to market and/or sell Products on their Retailer Website, and Retailer must cease all such marketing and sales on the Retailer Websites immediately upon notice of termination. These Terms supersede any prior agreement between RØDE and Retailer regarding the commerce of RØDE products.*

6. **E-commerce – Third Party Marketplaces (Amazon, eBay, Walmart, Reverb…etc.)**

Authorized RØDE Retailers can advertise and sell products through online marketplaces provided that the website or mobile application:

    a. states Retailer's legal name or registered DBA, mailing address, telephone number, and email address.

    b. does not give the appearance that it is operated by RØDE or any other third party; and

    c. complies with the terms and conditions of the "Ecommerce Sales Guidelines" attached as Schedule 1.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664



# RØDE

Authorized Dealer Terms and Conditions 2023

*RØDE reserves the right to end, at any time and in its sole discretion, the approval for Retailer to market and sell Products on third party marketplaces, and Retailer must cease all such marketing and/or sales on those marketplaces immediately upon notice of such termination. These Terms supersede any prior agreement between RØDE and Retailer regarding the commerce of RØDE products.*

7.  **Alterations**

    a.  Retailer will not sell Products outside of their original packaging. Relabeling, repackaging (including but not limited to the separation or creation of bundles), and/or other changes to Products or their packaging are not allowed without written approval from RØDE.

    b.  Retailer shall not remove, translate, or modify the contents of any labels or manuals on or within the Product's original packaging. Including covering serial numbers with new labels.

    c.   Retailer shall not alter, deface, or otherwise change any serial number, UPC code, or other identifying information on Products or packaging.

    d.  Retailer shall not alter the actual Products.

    e.  Retailer shall not represent or advertise any Product as "new" that has been returned open or repackaged nor shall it do business on any website that does so.

8.  **Drop Shipments**

    a.  $15 Drop Ship Fee on all drop shipments unless otherwise discussed with RØDE.

    b.  Special security procedures are applied to assure safe delivery to any drop ship address. No drop shipments can be made unless Retailer submits a written statement assuming all delivery risks in advance. All drop shipment orders must be in writing. Email is acceptable.

9.  **Express Delivery & Special Delivery**

    a.  Express Delivery and/or special handling are available at Retailer's expense upon Retailer request and will be added to invoice.

10. **Delivery**

    a.  Delivery of the ordered Products shall be made from a RØDE authorized location in the United States of America, to the normal place of business of the Retailer, or another place as agreed between the Retailer and RØDE.

    b.  Any dates quoted for delivery of the ordered Products are approximate only and RØDE shall not be liable for any early or late delivery of the ordered Products however caused.

    c.   Where the Products are to be delivered in installments, each delivery shall constitute a separate delivery and failure by RØDE to deliver any one or more of the installments in accordance with this Agreement shall not entitle the Retailer to treat the order as a whole as repudiated.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664




Authorized Dealer Terms and Conditions 2023

    d.   If RØDE fails to deliver the Products (or any installment) on time or at all, RØDE's liability if any shall be limited to the value of those Products.

    e.   If the Retailer fails to take delivery of the ordered Products for whatever reason or fails to give RØDE adequate delivery instructions at the time stated for delivery (otherwise than by reason of any Force Majeure or by reason of RØDE's fault) then, without prejudice to any other right or remedy available to RØDE, RØDE may:

        i.   Store the ordered Products until actual delivery and charge the Retailer for the reasonable costs (including insurance) of storage.

        ii.   or sell the ordered Products at the best price readily obtainable and (after deducting all reasonable storage and selling expenses) account to the Retailer for the excess over the Price or charge the Retailer for any shortfall below the Price.

**11.  Storage, Inspection, Returns & Exchanges**

    a.   Retailer shall comply with all instructions provided by RØDE regarding the storage, handling, shipping, disposal, or other aspect of the Products, including instructions provided on Product labels.

    b.   In cases where extenuating circumstances exist, as determined by RØDE, a stock balancing return may be authorized with a proper stock balancing order. Product must be in A stock resalable condition free of stickers and box damage.

    c.   Upon delivery or collection of the Ordered Products, the Retailer should review the invoice and the ordered Products delivered or collected and confirm that the type and quantity of the Products ordered match with the type and quantity of the Products delivered or collected. Any claims for discrepancies in shipment must be made within seven (7) days from the date of delivery or collection of the Products.  If the Retailer fails to give such timely notice, then the Retailer shall be deemed to have accepted the Product and, unless otherwise agreed in writing by RØDE, the Retailer expressly waives any right to revoke acceptance after the expiration of the seven (7) day period.

    d.   To claim a Product which may be a result of a shipping discrepancy, the Retailer must call, or email RØDE to request a Claim Authorization ("CA").  Upon review, RØDE will respond to the request via email with a CA number or with an explanation for the refusal of a CA number.  No claim will be provided without a CA number.  All claims will be shipped at the expense of RØDE. Products claimed will be provided within 30 days from the date of original shipment.

    e.   If a Product is found to be non-functioning on arrival ("DOA"), the Retailer must call, email, or call RØDE to request repair assistance.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664

EXHIBIT F
Page 52




Authorized Dealer Terms and Conditions 2023

f.   Upon review, RØDE will respond to the request via email and either ship the defective part in accordance with Service Repair Policy for repair by the Retailer or request that the unit be returned to RØDE for repair/return or exchange.  All parts repaired and returned products or exchange products will be shipped at the expense of RØDE at the earliest reasonable time.
Packing list showing each item, serial numbers, and repair instructions, contact and shipping information must be included.

g.   No return for credit can be accepted without written RØDE authorization. Original invoice number must be provided by the retailer. Return for Credit shipments must be prepaid unless otherwise agreed upon.

h.   All orders are carefully picked, checked, and packed before shipment. RØDE cannot accept responsibility for damage – visible or concealed – caused by the carrier. Claims must be filed promptly by a consignee with the carrier. Do not accept damaged cartons without inspection in the presence of the carrier's employee. Keep all packing material, pending resolution of claim.

## 12.  Customer Service

RØDE takes great pride in the service provided to its customers and end users. Retailer acknowledges that in selling RØDE branded Products, they assume the responsibility of introducing the RØDE brand experience to new audiences and maintaining the level of service provided by RØDE at all times.

To do so, Retailer Must:

a.   Have the ability to provide both pre-and post-sales support in a manner accessible to the customer.

b.   Demonstrate the prerequisite technical knowledge or have the ability to provide the appropriate knowledge to the end user via in-person, phone, or online platforms.

c.   Use Supplier trademarks and IP effectively to represent the band and the Products to the end user in a manner commensurate with the premium position of the brand.

d.   Provide the customer with the ability to return products when they have been identified as faulty and facilitate the return of the product to RØDE.

e.   Maintain a professional business premises or web presence and present the product in a professional way.

f.    Undergo product training when provided by RØDE to keep up to date on product information and new releases.

g.   Leverage their website, social media accounts, email contacts and other means of active or passive marketing to promote RØDE products.

h.    Display Authorized Retailer ID number on any websites that wish to sell the RØDE products, in a way that is reasonably discoverable by the customer, such as on a product landing page, 'about' page, or brand landing page on the Authorized Retailer Website. Including Third Party Marketplace stores such as on Amazon and eBay, where ID must be displayed in the store, such as in the seller description.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664




Authorized Dealer Terms and Conditions 2023

13. **Payment**

   a.   The Invoice Price for the ordered Products will become payable at the time when the ordered Products are ready for delivery or collection, by wire transfer, swift bank payment, irrevocable letter of credit or other means as agreed between RØDE and the Retailer, unless the Retailer has obtained credit approval from RØDE in advance.

   b.   In circumstances where the Retailer has obtained credit approval from RØDE in advance, the Invoice Price for the ordered Products will become payable within thirty (30) days of the date when the ordered Products are ready for delivery or collection, by wire transfer, swift bank payment, irrevocable letter of credit or otherwise in accordance with the payment terms as agreed between RØDE and the Retailer.

   c.   RØDE may in its sole discretion cancel any order placed by the Retailer at any time and/or refuse delivery of any order at any time should Retailer fail to meet the payment terms specified in this clause, any other payment terms agreed by the parties, any credit arrangements required by RØDE and/or any other financial requirement of RØDE.

   d.   If the Retailer fails to pay RØDE in accordance with the payment terms set out in this clause, and/or in accordance with any other payment and credit terms established by RØDE for the Retailer, then such failure shall constitute a material breach of this Agreement and RØDE may suspend the account of the Retailer, may refuse to make any further deliveries of Products, may make all outstanding sums immediately due, may terminate this Agreement forthwith in accordance with the Retailer Agreement, may enter and recover the Products, and may assert any other available legal rights against the Retailer.

   e.   In circumstances where the Retailer fails to pay RØDE in accordance with the payment terms set out in this clause, the Retailer shall indemnify and hold RØDE harmless against all interest and costs incurred by RØDE in exercising any of its remedies to recoup the costs including but not limited to expenses and attorney's fees.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664




Authorized Dealer Terms and Conditions 2023

14.  Taxes, Insurance, and Duties

    a.   The Retailer shall be responsible at its own expense for:

    b.   Taxes and duties due and payable in the state of the location of the Retailer; and

    c.   Insurance for the ordered Products after delivery to the Retailer until the sale of the ordered Products by the Retailer or otherwise until title of the ordered Products passes to the Retailer.

15.  Cash Discount/Payment Terms

    a.   Net invoice amount (for merchandise only) is subject to cash discount if shown on invoice.

16.  Credit

    a.   RØDE in its sole discretion may provide the Retailer with credit for the payment of the Products purchased by the Retailer in accordance with the Standard Credit Terms that apply from time to time.

    b.   In order to be eligible for credit, the Retailer must make a written application to RØDE on the standard application form provided by RØDE and provide RØDE with all documentation required by RØDE in support of such application.

    c.    In circumstances where RØDE is satisfied with the application made by the Retailer, it may issue the Retailer with credit approval.

    d.   RØDE reserves the right to revoke the credit approval of a Retailer at any time and for any reason, provided that RØDE provides the Retailer with thirty (30) days' notice.

17.  Credit Card Payments

    a.   Credit Card payments are accepted from Authorized Retailers for payment at RØDE's discretion.

18.  Delinquent Accounts

    a.   Delinquent accounts are subject to a service charge of 1-1/2% per month (18% P.A.).
    b.   Retailer agrees to pay reasonable attorney fees for accounts placed for collection.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664

EXHIBIT F
Page 55




Authorized Dealer Terms and Conditions 2023

19.  Intellectual Property

a.  Retailer acknowledges and agrees that RØDE or its licensors own all proprietary rights in and to the RØDE brand[s], name[s], logos, trademarks, service marks, trade dress, copyrights, and other intellectual property related to the Products (the "RØDE IP").

b.  Retailer is granted a limited, non-exclusive, nontransferable, revocable license to use the RØDE IP solely for purposes of marketing and selling the Products as set forth herein. This license will cease upon termination of Retailer's status as an Authorized Retailer. All goodwill arising from Retailer's use of RØDE's IP shall inure solely to the benefit of RØDE or its licensors. Retailer's use of the RØDE IP shall be in accordance with any guidelines that may be provided by RØDE from time to time ("Brand Guidelines) and must be commercially reasonable as to the size, placement, and other manners of use. RØDE reserves the right to review and approve, in its sole discretion, Retailer's use or intended use of the RØDE IP at any time, without limitation. Retailer shall not create, register, or use any domain name or any mobile application that contains any RØDE product name or any trademark owned by or licensed to RØDE, nor a misspelling or confusingly similar variation of RØDE product name or any trademark owned by or licensed to RØDE.

20.  Termination

In addition to all other available remedies, if Retailer breaches any of the Terms, RØDE reserves the right to terminate the Terms and Retailer's status as an Authorized Retailer with written or electronic notice.

Upon termination of a Retailer's status as an Authorized Retailer, Retailer shall immediately cease:

(i) selling the Products.

(ii) acting in any manner that may reasonably give the impression that Retailer is an Authorized Retailer RØDE Products or has any affiliation whatsoever with RØDE; and

(iii) using all RØDE IP.

A Retailer's Authorized Retailer status terminates any time a Retailer files for bankruptcy under Chapter XI or any other procedure which prevents payment of unpaid items. Retailers who have been terminated and require products from   for special accommodations can be supplied on terms of NET CASH, C.O.D., or prepaid Cashier's Check at RØDE's discretion.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664




Authorized Dealer Terms and Conditions 2023

21.  Warranty

RØDE's warranty is to the end user only and is contained on a separate document or documents which accompany the goods.

EXCEPT FOR RØDE'S SAID EXPRESS WARRANTY TO THE END USER, RØDE MAKES NO WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE GOODS, THEIR USE, PERFORMANCE, FITNESS FOR A PARTICULAR PURPOSE OR MERCHANTABILITY TO ANYONE.

RØDE neither assumes nor authorizes any person to assume for RØDE any warranty, express or implied.

22.  Indemnification

RØDE and the Retailer shall indemnify and hold the other harmless for any losses, claims, damages, awards, penalties, or injuries incurred by any third party, including reasonable attorney's fees, which arise from any alleged breach of such indemnifying party's representations and warranties made under this Agreement, provided that the indemnifying party is promptly notified of any such claims. The indemnifying party shall have the sole right to defend such claims at its own expense. The other party shall provide, at the indemnifying party's expense, such assistance in investigating and defending such claims as the indemnifying party may reasonably request. This indemnity shall survive the termination of this Agreement.

23.  Limitation of Liability

RØDE SHALL NOT BE LIABLE OR RESPONSIBLE FOR ANY DIRECT INDIRECT CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES ARISING DIRECTLY OR INDIRECTLY IN RESPECT OF SUCH GOODS OR THE USE OR FAILURE OF SUCH GOODS, WHETHER BASED UPON BREACH OF WARRANTY NEGLIGENCE, STRICT LIABILITY IN TORT OR OTHERWISE, AND THE RETAILER'S SOLE AND EXCLUSIVE REMEDY FOR ANY LOSS INCURRED WITH RESPECT TO THE GOODS SHALL BE, AT RØDE'S ELECTION, THE COST OF REPAIR, REFUND OF THE SELLING PRICE, WHETHER IN THE FORM OF A CREDIT WITH RØDE OR CASH, OR REPLACEMENT OF THE GOODS.

The price of the goods Identified is consideration for limiting RØDE's liability. No liability results from delay in performance or non-performance of this Agreement by RØDE due to any cause beyond RØDE's control.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664




Authorized Dealer Terms and Conditions 2023

24.  **Liability Injunctive Relief**

If there is a breach or threatened breach of the following Sections: Authorized Customers, Online Sales, Sales Practices, Product Care and Quality Controls, Intellectual Property, or Termination, it is agreed that RØDE will have no adequate remedy in money or other damages at law. Accordingly, RØDE shall be entitled to injunctive relief and other equitable remedies; provided, however, no specification in the Terms of any particular remedy shall be construed as a waiver or prohibition of any other remedies in the event of a breach or threatened breach of the Terms. No failure, refusal, neglect, delay, waiver, forbearance, or omission by RØDE to exercise any right(s)herein or to insist upon full compliance by Retailer with Retailer's obligations herein shall constitute a waiver of any provision herein or otherwise limit RØDE's right to fully enforce any or all provisions and parts thereof.

25.  **Modification**

RØDE reserves the right to update, amend, or modify the Terms with written or electronic notice. Unless otherwise provided, such amendments will take effect immediately and Retailer's continued use, advertising, offering for sale, or sale of the Products, use of the RØDE IP, or use of any other information or materials provided by RØDE to Retailer following notice of the amendments will be deemed Retailer's acceptance of the amendments.

RØDE policies, prices and specifications are subject to change without notice.

26.  **Force Majeure**

RØDE shall not be deemed to be in breach hereof or liable to Retailer in any manner on account of any delay in delivery or other performance caused in whole or in part by, or otherwise materially related to, the occurrence of any contingency beyond RØDE's control, including without limitation, fire, flood, terrorist threats or acts, riot or other civil unrest, war, invasion, hostilities, strikes or other labor disputes, embargoes or transportation delays, shortage of labor, inability to secure fuel, energy, materials, supplies or power at reasonable prices from regular sources or on account of shortages thereof, delays or failures of any of RØDE's suppliers to deliver, acts of God or of a public enemy, the effect of any existing or future laws, acts or regulation of any applicable federal, state or local government, or any other commercial impracticability.

27.  **Severability**

If any provision of the Terms is held contrary to law, the remaining provisions shall remain valid.

28.  **Survival**

The following provisions shall survive the termination of the Terms: Intellectual Property; Indemnification; Survival; Governing Law and Venue; Confidentiality; and Waiver of Jury Trial.

29.  **Governing Law and Venue**

The laws of the State of California, USA, shall apply and govern the terms and provisions of this Agreement and the relationship between the parties.  Disputes between the parties must be resolved in the State or Federal courts located in Los Angeles, California. Objections to the venue are waived, and the parties submit themselves to that exclusive jurisdiction and venue.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664

EXHIBIT F
Page 58




Authorized Dealer Terms and Conditions 2023

30.  Confidentiality

The parties shall keep the terms of this Agreement absolutely confidential.  No public announcement or communication relating to the negotiations of the parties or the existence, subject matter or terms of their agreement may be made or authorized by or on behalf of a party without the prior written approval of the other party except that a party may make such disclosures in relation to their agreement as it may in its absolute discretion think necessary to perform its obligations pursuant to their agreement or to comply with its obligations at law.

31.  Waiver of Jury Trial

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, THE PARTIES EACH HEREBY IRREVOCABLY AND EXPRESSLY WAIVE ALL RIGHT TO A TRIAL BY JURY IN ANY ACTION, PROCEEDING, OR COUNTERCLAIM (WHETHER BASED UPON CONTRACT, TORT, OR OTHERWISE) ARISING OUT OF OR RELATING TO THE TERMS OR ANY OF THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY OR THE PARTIES ACTIONS IN THE NEGOTIATIONS, ADMINISTRATION, OR ENFORCEMENT HEREOF OR THEREOF. THE PARTIES ACKNOWLEDGE THAT SUCH WAIVER IS MADE WITH FULL KNOWLEDGE AND UNDERSTANDING OF THE NATURE OF THE RIGHTS AND BENEFITS WAIVED HEREBY, AND WITH THE BENEFIT OF ADVICE OF COUNSEL OF ITS CHOOSING.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664




Authorized Dealer Terms and Conditions 2023

# Schedule 1 – RØDE E-COMMERCE SALES GUIDES

Retailer may advertise and sell RØDE Products on its official authorized website or other websites, provided that these terms and conditions are followed:

1. The Authorized Retailer Websites must NOT appear as if they are operated by RØDE or any other third party or to engage in the active sale of the Products to consumers outside the U.S. Territory.

2. Current MAP Policy must be adhered to at all times.

3. Authorized Dealer ID number must be on any website that is selling RØDE products, in a place and a way that is reasonably discoverable by the customer, such as on a product landing page, 'about' page, or brand landing page on the website.

4. Anonymous sales are not authorized. Retailer's full legal name or DBA, mailing address, email address, and telephone contact must be clearly found on the Authorized Retailer Websites and must be included on any documentation resulting from sales (Packing Slips, Invoices, etc...)

5. For any Authorized Retailer Websites having a means for receiving customer feedback, Retailer should make an effort to address all customer feedback and questions in a timely manner. Retailer agrees to provide copies of any information related to customer feedback (including any responses to customers) to RØDE for review upon request. Retailer agrees to cooperate with RØDE in the investigation of any negative online review associated with Retailer's sale of the Products and to use reasonable efforts to resolve any such reviews.

6. Authorized Retailer Websites MUST be in compliance with all current privacy, accessibility, and data security laws, regulations, and industry standards.

7. Retailer is held responsible for all fulfillment to its customers who order through their websites. Including sales tax associated with purchases of Products, and any product returns

**8. _Under no circumstances shall Retailer fulfill orders in any way that results in the shipped product coming from stock other than their own authorized purchases._**

9. In marketing the Products on the Authorized Retailer Websites, Retailer shall only use images of Products supplied by RØDE unless otherwise discussed with and approved by RØDE. The new portal for all assets will be available soon here. https://brandfolder.com/rode

10. Retailer shall not engage in any freebie or loss leader marketing by giving away or discounting the Products in any promotion conducted by the Retailer without the consent of RØDE, including bundles. *See RØDE Bundling Policy.

11. The Retailer Website must not provide a facility for the sale or the Products by auction, by Open Box, or by Best Offer.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664



**RØDE**

Authorized Dealer Terms and Conditions 2023

Retailer may advertise and sell the Products on third party auction websites, such as eBay, and Amazon provided that the Dealer abides by the following terms and conditions. RØDE reserves the right to modify these marketplace-specific quality controls at its discretion:

1. All Products offered for sale by Retailer on any marketplace website must have been purchased directly from RØDE. No Exceptions.

2. MAP Policy MUST be adhered to at all times.

3. Store must Display its legal business name as the seller of the Products.

4. **Fulfillment by Amazon, Walmart, or any other 3rd Party is on approval only and is generally NOT Permitted.**

5. **Bundles are prohibited unless approved specifically by RØDE. \*See Bundling Policy.**

6. Auction, Open Box or Best Offer are prohibited. Items must be sold with a Buy it Now Price and NEW.

7. Retailer shall maintain a Retailer feedback rating of at least 90% positive (if applicable to the marketplace storefront).

8. If Retailer has been approved to sell Products through a storefront on Amazon, Retailer is permitted only to sell Products under existing ASINs created or approved by RØDE and shall not create any new ASINs or other Product-specific listings including bundles without the prior written consent of RØDE. Those found in violation of this policy will immediately be removed from the RØDE dealer network. A list of Authorized ASINS is available upon request.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664




Authorized Dealer Terms and Conditions 2023

# RØDE UNITED STATES MINIMUM ADVERTISED PRICE (M.A.P.) POLICY

RØDE Microphones, LLC, understands that certain advertising methods have a negative effect on RØDE's trade reputation, brands, and premium image within its target consumer market. These methods also prevent RØDE's resellers from being able to invest fully in the RØDE product lines and provide the true RØDE brand experience to customers and clients. Accordingly, to protect the integrity of the RØDE brands, **RØDE has adopted this unilateral Minimum Advertised Price (MAP) Policy (the "Policy"), which applies to all authorized resellers of RØDE Products in the United States of America.**

The Policy applies to advertisements of the RØDE products listed on the RØDE price lists holding a MAP Price ("MAP Products").

The RØDE price list delivered with this policy which includes the MAP pricing column is available to all authorized resellers and may be amended by RØDE in its sole discretion, anytime.

RØDE alone is responsible for creating the minimum advertised price ("MAP") for each MAP Product and relaying the MAP to all resellers. While resellers remain free to advertise and sell all RØDE Products at any price they deem appropriate, it is a violation of this RØDE Policy for a reseller to advertise any MAP Products at a price lower than the MAP. These advertisements include but are not limited to:

a. Offering coupons, discounts, reseller rebates, or other inducements that, when applied, result in a price lower than the MAP, including through use of a storewide sale, promotional code, or other similar provision that can be applied to MAP Products.

b. Bundling MAP Products with other products or services (whether made by or provided by RØDE or any another entity) in a manner that implies below-MAP pricing for the bundled MAP Product. See Bundling Policy

c. Strikeouts or strikethroughs of pricing information, "Price available in cart," or other statements that suggest that a lower price for a MAP Product may be found at the final online checkout stage.

d. Permitting any third party to alter the advertised price for any MAP Product. For example, Reverb or Amazon applied coupons.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664




Authorized Dealer Terms and Conditions 2023

Direct or indirect attempts to bypass this Policy also violate the Policy.

For purposes of this Policy, the terms "advertise" and "advertisement" include all promotional or pricing information displayed via any type of media, including, but not limited to, newspapers, catalogs, magazines, flyers, brochures, television, radio ads, billboards, signage(except signs displayed within a brick-and-mortar selling location), websites, blogs, social media, affiliate marketing networks/comparison shopping engines, reseller-initiated text messages or emails to customers or prospective customers, mobile/smartphone applications, banner ads, online product ads, paid search ads, pay-per-click ads, display ads, mobile ads, product listing ads, sponsored links, ads in any other media in a digital format that is communicated or conveyed via the Internet, and any other marketing or promotional materials, whether displayed online or through broadcast or other media.

Notwithstanding the foregoing, pricing information displayed at the final online checkout stage of a transaction is **NOT** considered "advertising" under this Policy.

The "final online checkout stage" is the stage when the MAP Product is put into a shopping cart that contains the customer's name, shipping address, email address, and payment information. Pricing information in the "shopping cart" or "checkout" stages must be obscured technically so that it is not retrievable by shopping and pricing engines, and not displayed on search page results within the reseller's own website.

RØDE may announce at its own discretion MAP holidays or promotions that are applicable to all resellers, during which periods a reseller that advertises a MAP Product in accordance with the terms of the authorized promotion will not be deemed to have violated the Policy.

RØDE will notify all resellers of any such authorized promotions, generally not fewer than 15 days in advance.

Free or reduced-price shipping is not considered a violation of MAP Policy.

This Policy does not constitute an agreement between RØDE and any other entity.

RØDE neither solicits nor will it accept any assurance of compliance with this Policy from any reseller or other party. Each reseller must independently choose whether to comply with the terms of this Policy. This Policy is not negotiable and will not be altered for any individual reseller. This Policy applies only to advertised prices and does not affect the prices that a reseller may charge for RØDE Products.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664



Authorized Dealer Terms and Conditions 2023

**RØDE Bundling Policy**

Retailer Created bundles containing MAP Products _are NOT allowed to be advertised on Third Party Marketplace sites_ such as Amazon.com, eBay or Reverb without the written approval of RØDE. Any Retailer found violating this policy will be suspended until the bundle is removed.

RØDE will allow, at its unilateral discretion, the bundling of its products together (or with products from other manufacturers) on **Authorized Retailer Websites ONLY,** in order to create value and logical workspace solutions, but only under the following terms.

    a.   Bundles cannot be advertised for the same price as the RØDE MAP Product(s) in the bundle. A dealer-created bundle may be advertised at 105% of the sum of the RØDE MAP Product(s) in the bundle (regardless of the components contained in the bundle).

    b.   RØDE Products cannot be used as the loss leader within the bundle.

    c.   RØDE Products cannot be used as a freebie or giveaway within the bundle.

Notwithstanding the aforementioned policy guidelines, RØDE reserves the right, at its unilateral discretion to:

    a.   Identify products for which a dealer must notify RØDE if the dealer intends to include the product in a bundle _prior_ to advertising the bundle in print, online, or through other means. RØDE retains the unilateral right to inform the dealer that the bundle, regardless of pricing, is not allowed under this policy.

    b.   Notify a dealer that an advertised bundle, regardless of pricing, is not allowed under this policy. In such circumstances, the dealer shall have 24 hours to cease advertising the bundle before RØDE will consider the dealer to be in violation of this policy.

**NON-COMPLIANCE**

RØDE has implemented a new price tracking software that reports in real time, MAP violations. There is also a spreadsheet that is published to management and sales personnel daily for review. RØDE will be using this tool to track down and report all MAP violations and unauthorized accounts and work within the confines of the law to eliminate those unauthorized to sell RØDE products.

**_RØDE does not condone or support authorized retailers following unauthorized retailers in MAP violations._** _Those unauthorized retailers do not and will not receive the benefits of being a RØDE Authorized Retailer and RØDE will do their best to track them down, report them, and eliminate them from marketplaces to the furthest extent of the law._

**_No complaint from any Retailer with respect to the advertising or pricing of any other Retailer is sought or will be considered._**

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664



Authorized Dealer Terms and Conditions 2023

RØDE will take the following actions against any Retailer that fails to comply with this Policy with respect to the advertisement of any MAP Product. ***Regardless of the following of an unauthorized account or not***.

1. First violation of the Policy, RØDE will give a WARNING and 24 hours to comply. During this time no Products will ship to the Retailer.

2. Second violation during a 180-Day Period following the First violation:
   i. RØDE will notify the Retailer in writing of such failure and will immediately place the reseller's account on hold for **30 days**.
   ii. RØDE will revoke its acceptance of any pending orders, cancel any pending shipments to the Retailer, and will not accept any new orders from Retailer during this period.
   iii. In addition, Retailer will have no opportunity to participate in any Retailer promotion and any RØDE event scheduled during this time period will be canceled since RØDE will not supply Product. Retailer's listing will also be removed from the buy it now section of the RØDE website during this time for all products.

3. Third violation during a 180-Day Period following the First violation:
   i. RØDE will notify the Retailer in writing of such failure and will immediately place the reseller's account on hold for **90 days**.
   ii. RØDE will revoke its acceptance of any pending orders, cancel any pending shipments to the Retailer, and will not accept any new orders from Retailer during this period.
   iii. In addition, Retailer will have no opportunity to participate in any Retailer promotion and any RØDE event scheduled during this time period will be canceled since RØDE will not supply Product. Retailer's listing will also be removed from the buy it now section of the RØDE website during this time for all products.

4. Fourth Violation during a 180-Day Period following the First violation:
   i. RØDE may move to terminate its business immediately with the violating Retailer.

This Policy will be enforced by RØDE in its sole discretion and without notice.

*A continued violation of the policy will be deemed to constitute a subsequent violation if it continues for more than 24 hours after Retailer is notified.*

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664



 Authorized Dealer Terms and Conditions 2023

POLICY ADMINISTRATION

This MAP policy will be interpreted and enforced by RØDE as such, RØDE may update, revise, suspend, terminate, reinstitute, or modify this Policy at any time in its sole discretion.

RØDE will make any such modifications available to all Authorized Resellers.

No RØDE employee has any authority to negotiate or vary the terms of this policy, or to discuss it or any retail pricing issues with any dealer.  Any questions about this Policy should be submitted in writing and directed to RØDE's MAP Policy Administrator at **MAP@Rode.com**. RØDE will not accept any other form of communication from resellers regarding the Policy.

This Policy is effective January 19, 2023, and supersedes all prior RØDE policies and/or representations regarding minimum advertised prices or resale prices for RØDE Products applicable to any Retailer. To the extent that any provision, term, or agreement governing the relationship between RØDE and any Retailer may be construed in a manner that is inconsistent with the terms of this Policy, the terms of this Policy control. Further, RØDE reserves the right, in its unilateral discretion, to take other action with respect to any dealer that violates this MAP policy, including but not limited to termination of that dealer's right to distribute all RØDE products.

This MAP policy is not an agreement, but a unilateral statement of RØDE's policy for dealing with price advertisements by its Retailers. RØDE does not ask that you sign, or otherwise indicate your agreement with, this policy. RØDE does ask that you acknowledge you have received and reviewed this policy.

RØDE Microphones, LLC
2745 Raymond Ave
Signal Hill CA 90755
PO Box 91028
Long Beach CA 90809-1028
Ph: +1 562 364 7400
Fax: +1 888 412 4664