# EXHIBIT G

| | |
|---|---|
| **From:** | Beem, Richard P. |
| **To:** | Mark Berkowitz |
| **Cc:** | Shtraym, Alex |
| **Subject:** | RE: RODE complaints against Amazon seller Da Lorenzo Shop |
| **Date:** | Monday, February 13, 2023 8:59:09 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | Complaint.pdf |
| | image3bb31f.PNG |

Mr. Berkowitz:

Further to the email string below, please see the attached RODE complaint against your client FEAM GMBH, as filed in the U.S. District Court for the Central District of California today.

We understand from your February 7 draft New Jersey complaint that you contemplate lodging a claim against Freedman Electronics Pty Ltd., an Australian company, and that your client is a Swiss company. For the benefit of all concerned, we propose that all parties named in the above complaints waive service, consistent with the Fed. R. Civ. P. 4(d)(1) "duty to avoid unnecessary expenses of serving the summons." Please respond to this proposal promptly so that the parties and counsel can determine how best to proceed.

In your February 7 draft, you allege that FEAM acquires "genuine RODE Products" from "reputable sources," i.e., authorized RODE dealers or distributors. RODE dealer/distribution agreements, however, prohibit sales and transfers to resellers (such as FEAM purports to be). Once again, we demand that FEAM immediately cease and desist from its unlawful conduct. Among other things, any further instances of FEAM's wrongful activities will constitute tortious interference with contract and will be grounds for amendment of RODE's complaint.

Sincerely,


**Richard Beem**
Partner
Lathrop GPM LLP
155 North Wacker Drive, Suite 3000
Chicago, IL 60606-1787

2101 Cedar Springs Road, Suite 1400
Dallas, TX 75201

Direct: 312.920.3303
richard.beem@lathropgpm.com
lathropgpm.com

---

**From:** Beem, Richard P. <richard.beem@lathropgpm.com>
**Sent:** Tuesday, February 7, 2023 2:11 PM
**To:** Mark Berkowitz <mberkowitz@tarterkrinsky.com>
**Cc:** Shtraym, Alex <alex.shtraym@lathropgpm.com>; Mueller, Terry L. <terry.mueller@lathropgpm.com>

**Subject:** RODE complaints against Amazon seller Da Lorenzo Shop

Dear Mr. Berkowitz:

Your correspondence below has been referred to me. My firm Lathrop GPM and I represent Freedman and RODE.

Your client's unauthorized sale of products bearing our client's trademark constitutes infringement and further constitutes counterfeiting under the relevant statutes and case law. Your emails below do not persuade me otherwise. For example, you have presented no proof that your client's sales are not counterfeits, such as evidence of purchase of the products from Freedman or RODE, or evidence that your client is an authorized dealer, or evidence that the products lack material differences, e.g., concerning warranty.

For these and other reasons, we believe that your demands and your complaint are unwarranted.

Your client's unauthorized sales are misleading to consumers and damaging to RODE's business and goodwill.

Accordingly, we demand that your client immediately cease and desist from its unlawful sales of infringing, counterfeit products, and that within ten (10) days of the date of this email, you confirm your client's compliance and inform us of the extent of sales that have been made.

Please address further correspondence in this matter to my attention.

Sincerely,

Richard Beem
Lathrop GPM

>>>



**Richard Beem**
Partner

Lathrop GPM LLP
155 North Wacker Drive, Suite 3000
Chicago, IL 60606-1787

2101 Cedar Springs Road, Suite 1400
Dallas, TX 75201

Direct: 312.920.3303
richard.beem@lathropgpm.com
lathropgpm.com

This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Begin forwarded message:

**From:** Mark Berkowitz <mberkowitz@tarterkrinsky.com>
**Date:** February 7, 2023 at 5:16:28 AM PST
**To:** Jesse Dean <Jesse.Dean@rode.com>
**Subject: RE: Amazon Complaints**

Mr. Dean,

Having received no response to our correspondence, attached is the complaint that we will be filing later today in Federal Court in New Jersey.  If you have evidence that our client sold counterfeit (i.e., fake) RODE products please provide it by 4PM EST today.

It is our client's policy that, once filed, a lawsuit will not be dismissed absent payment for all lost sales, costs and fees.

Thanks.


**Mark Berkowitz|Partner**
T: 212-216-1166|F: 212-216-8001
mberkowitz@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn
*Crain's 2022 best places to work in NYC*

**From:** Mark Berkowitz <mberkowitz@tarterkrinsky.com>
**Sent:** Monday, January 23, 2023 5:14 PM
**To:** Jesse.Dean@Rode.com
**Subject:** Amazon Complaints

Dear Mr. Dean,
We are intellectual property and litigation counsel to Amazon seller **Da Lorenzo Shop (ID: A18GOYJLJBP8S1)**.  The Rights Owner Complaints below, filed by your company with Amazon.com, were forwarded to us for review and response.
**ASIN: B00CAE8PM4**
**Title: Rode VideoMic Camera-Mount Shotgun Microphone with Rycote Lyre Shock Mounting**
**Infringement type: Counterfeit**
**Trademark: 3973968**
**Complaint ID: 11813625711**

**ASIN: B000UXIEPU**
**Title: Rode M3 Multi-Powered Condenser Microphone**
**Infringement type: Counterfeit**
**Trademark: 3973968**
**Complaint ID: 11813778691**

**ASIN: B000JM46FY**
**Title: Rode Podcaster**
**Infringement type: Counterfeit**
**Trademark: 3973968**
**Complaint ID: 11813840131**

The Complaints allege that our client has sold counterfeit RODE products.  We are certain that the

Complaints were filed in error because our client sells only genuine products through its Amazon storefront, which are listed in accordance with Amazon's policies.  As such, we request retraction of the Complaints. The retractions should be submitted through: (1) your Brand Registry account; or (2) the submission form available at https://www.amazon.com/report/infringement/retract. Please provide confirmation that the retractions have been submitted.

To the extent that you believe otherwise, please explain the basis for the Complaints in detail.  If you performed any test buys, please provide the Amazon order number for each purchase so that we can thoroughly investigate.

Given that your Complaints have resulted in the suspension of the ASIN above, and the seriousness of the allegations, we will need to resolve this matter promptly.  Please retract the Complaint, or provide the information requested, by the close of business **tomorrow, January 24, 2023**.

Regards,

**Mark Berkowitz|Partner**
T: 212-216-1166|F: 212-216-8001
mberkowitz@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn
*Crain's 2022 best places to work in NYC*