# EXHIBIT H



4
Frauenfeld
8500
CH

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄

**Products**

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

---

**Inspired by your browsing history**                                            Page 1 of 5



Rode Wireless GO II Dual Channel Wireless Microphone System
★★★★☆ 3,403
$294.95
FREE Shipping on orders over $25 shipped by Amazon

Rode Lavalier GO Professional Wearable Microphone
★★★★☆ 3,128
Amazon's Choice in Wireless Lavalier Microphones & Systems
$65.95
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Bialetti Stainless Steel Plate, Heat Diffuser Cooking Induction Adapter, Steel, 6 pints
★★★★☆ 10,506
$22.99
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Amazon Basics Standard XLR Male to Female Balanced Microphone Cable, Durable &...
★★★★☆ 39,267
#1 Best Seller in Microphone Cables
$13.77
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

NEEWER Metal Microphone Boom Support Holder for C-Stands and Mic Stands...
★★★★☆ 1,126
Amazon's Choice in Microphone Stands
$21.60
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Rode SM4-R Rycote Lyre Shockmount
★★★★☆ 295
$49.00
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Bialetti - Moka Express: Iconic Stovetop Espresso Maker, Makes Real Italian Coffee, Moka Pot 3 Cups (4.3 Oz - 130 Ml),...
★★★★☆ 7,981
$42.97
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

SMALLRIG Microphone Shock Mount with Cold Shoe Pinch for Camera Shoes and Boompoles 1859
★★★★☆ 689
$9.99

Bialetti - Smart Coffee Jar: Made in Glass to Preserve the Aroma of the Coffee - 250g
★★★★☆ 1,667
$24.99
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

---

**Customers who viewed items in your browsing history also viewed**                Page 1 of 3



Rode PodMic Cardioid Dynamic Broadcast Microphone
★★★★★ 4,356
$99.00
Get it **Apr 24 - 25**
FREE Shipping

Rode VideoMic GO II Camera-Mount Lightweight Directional Microphone
★★★★☆ 798
$98.00
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon
Only 2 left in stock - order...

Rode NT-USB+ USB Condenser Microphone
★★★★☆ 67
Amazon's Choice in Computer Microphones
$168.00
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon
Only 3 left in stock - order...

Rode Complete Studio Kit with the NT1 and Ai-1
★★★★☆ 642
$349.00
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

2-Pack Lavalier Lapel Microphone Compatible with Sennheiser Wireless System Bodypack...
★★★★☆ 177
Amazon's Choice in Wireless Lavalier Microphones & Systems
$18.99
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Lavalier Microphone for Rode Wireless GO 2 / ii & DJI Mic Transmitters, Omnidirectional Lapel Lav Videomic with Clip...
★★★★☆ 6
$12.99
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Bialetti Venus 6-Cup Stainless Steel Induction-Capable Stovetop Espresso Maker, Silver
★★★★☆ 14,914
$54.99
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Bialetti - Moka Express Italia Collection: Iconic Stovetop Espresso Maker, Makes Real Italian Coffee, Moka Pot 6 Cu...
★★★★☆ 1,682
$44.66
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Lavalier Microphone Compatible with Sennheiser Wireless Bodypack Transmitter, Omnidirectional...
★★★★☆ 40
$12.99
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

---

See personalized recommendations

**Sign in**

New customer? Start here.

