# EXHIBIT I



EXHIBIT I
Page 74



<? no.



EXHIBIT I
Page 75