# EXHIBIT J



Need help?

Visit the help section or contact us



ZealSound Gaming USB Microphone for iPhon
$69.99 prime
Save 5% with coupon

### Recommended based on your browsing history
Sponsored

      

| LAUNCH CRP123 OBD2 Scanner 2023 Newest Elite Code Reader Engine/ABS/SRS/Transmission Car Diagnostic T... | LAUNCH Creader VII+ Automotive OBD2 Scanner Diagnostic Scan Tool Check ABS SRS Transmission and Engi... | KZYEE Power Circuit Probe Kit, Automotive Circuit Tester Short Finder for Fuel Injector, Duty Cycle, Frequency,... | Upgraded 3-72V Buzzer Automotive Test Light, Heavy Duty Digital LED Circuit Tester with Voltmeter and Dual Co... | Thinkcar Thinktool Pros Bi-Directional Scanner Full Systems Diagnostic Scan Tool, Topology Graph, 34+ Reset Func... | VDIAGTOOL V200 Automotive Circuit Probe Tester, 12V 24V Car Power Circuit Probe Kit, AC Voltage, DC Voltag... | Topdiag BT400 Tester 12V 24V Battery Tester, II Voltage Test, Diagnostics, 10 |
| --- | --- | --- | --- | --- | --- | --- |
| 2,368 | 184 | 13 | 85 | 122 | 64 | 13 |
| $134.00 prime | $132.00 prime | $139.99 prime | $17.99 prime | $1,168.99 prime | $69.99 prime | $49.90 prime |

### Customers who viewed items in your browsing history also viewed

     

| Rode Complete Studio Kit with the NT1 and Ai-1 | Rode PodMic Cardioid Dynamic Broadcast Microphone | Shure SM7B Vocal Dynamic Microphone for Broadcast, Podcast & Recording, XLR Studio... | Rode VideoMic GO II Camera-Mount Lightweight Directional Microphone | Rode Lavalier GO Professional Wearable Microphone | Zoom F3 Professional Field Recorder, 32-bit Float Recording, 2... | NEEWER NW-7 Microphone Bo 3 Section Exten Handheld Mic A 3/8" & 3/8" to |
| --- | --- | --- | --- | --- | --- | --- |
| 654 | 4,444 | 9,534 | 898 | 3,182 | 148 | 99 |
| $349.00 | Amazon's Choice in Multipurpose Condenser Microphones | Amazon's Choice in Vocal Dynamic Microphones | Amazon's Choice in Professional Video Microphones | $79.91 | Save 14% | $49.29 |
| Get it as soon as Tuesday, Jun 6 | $99.00 | $399.00 | $99.00 | Get it as soon as Tuesday, Jun 6 | $299.99 List: $349.99 | Get it as soon as T Jun 6 |
| FREE Shipping on orders over $25 shipped by Amazon | Get it Jun 5 - 6 FREE Shipping | Get it as soon as Tuesday, Jun 6 FREE Shipping on orders over $25 shipped by Amazon | Get it as soon as Tuesday, Jun 6 FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon Only 2 left in stock - order... | Lowest price in 30 days Get it as soon as Tuesday, Jun 6 FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on $25 shipped by A |

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance

